JANUARY 6, 1964.

No. 11. JACOBELLIS *v.* OHIO. Appeal from the Supreme Court of Ohio. The motion of the Citizens for Decent Literature, Inc., for leave to file a brief, as *amicus curiae,* is granted. *Charles H. Keating, Jr.* on the motion.

No. 508. LUCAS ET AL. *v.* FORTY-FOURTH GENERAL ASSEMBLY OF COLORADO ET AL. Appeal from the United States District Court for the District of Colorado. (Probable jurisdiction noted, *ante,* p. 938.) This case is set for argument on Tuesday, March 31, 1964, and the printing of the record is dispensed with. The brief for the appellants shall be filed on or before February 11, 1964, and the brief for the appellees shall be filed on or before March 17, 1964.

No. 752, Misc.   TERRY *v.* DICKSON, WARDEN;
No. 759, Misc.   RHODES *v.* SOUTH CAROLINA ET AL.;
No. 769, Misc.   HURLEY *v.* ANDERSON, JAIL SUPERINTENDENT;
No. 825, Misc.   HEMMIS *v.* BURKE, WARDEN;
No. 833, Misc.   UNGER *v.* NEW JERSEY; and
No. 842, Misc.   WILLIAMS *v.* NORTH CAROLINA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 789, Misc.   CHANCE *v.* ARIZONA ET AL.;
No. 810, Misc.   SMITH *v.* NORTH CAROLINA; and
No. 814, Misc.   WARREN *v.* FLORIDA. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.